LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JORGE JARAMILLO, | No. EDCV 13-00681 JCG |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN<br>Commissioner Of Social Security, | |
| Defendant. | |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

     IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FOUR HUNDRED EIGHTY FIVE DOLLARS AND 04/100 ($1,485.04) subject to the terms of the stipulation.

     DATE:  January 23, 2014     _____
                                             HON. JAY C. GANDHI
                                             UNITED STATES MAGISTRATE JUDGE